UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-3641-MWF(SKx)**                                Dated: **October 7, 2016**

Title:      Chris Langer -v- Walid M. Nabulsi, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| --- | --- |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS):           ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on October 3, 2016, the Court sets a hearing for Order To Show Cause Re Default Judgment for **November 7, 2016 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing*, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                                Initials of Deputy Clerk   cw
CIVIL - GEN

-1-